IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The United States of America, *ex rel.* Susan Rush; Belinda Pickett; and Tamara Keitt,<br><br>      Relators,<br><br>vs.<br><br>Agape Senior, LLC; Agape Senior Services, Inc.; Agape Senior Services Foundation, Inc.; Agape Senior Primary Care, Inc.; Agape Senior Foundation Inc.; Agape Senior Community, Inc.; Agape Hospice of the Piedmont, Inc.; Agape Hospice of the Low Country, Inc.; Agape Hospice House of Laurens, LLC; Agape Hospice of Horry County, Inc.; and Agape Hospice House of Horry County, Inc.,<br><br>      Defendants. | C/A No. 3:13-cv-00666-JFA<br><br><br>**ORDER** |

    The court has reviewed disclosure statements[1] provided to the United States in this *qui tam* action ("*Agape II*"), and disclosure statements provided to the United States in an earlier-filed, related *qui tam* action[2] ("*Agape I*"). Relators in *Agape II* have filed a motion, seeking the production of the disclosure statements provided to the United States in *Agape I*. ECF No. 59. Because the first-to-file issue is a crucial determination in both *Agape I* and *Agape II*, and the disclosure statements in both cases could provide relevant information, the court grants the motion. Therefore, the court orders the relators in *Agape I* to serve the disclosure statements they provided to the United States to all parties in *Agape I* and *Agape II*. Additionally, the court orders the relators in *Agape II* to serve the disclosure statements they provided to the United

---

[1] *See* 31 U.S.C. § 3730(b)(2) ("A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government.").
[2] *Michaels, et al. v. Agape Community, Inc., et al.*, Civil Action No. 0:12-cv-03466-JFA (D.S.C.).

1

States to all parties in *Agape I* and *Agape II*.

    The CLERK is directed to serve a copy of this order on all parties in *Agape I*.

IT IS SO ORDERED.

July 14, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2